UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 03-30008-MAP
)
)
JOSE MERCED, et al. )
)
Defendants. )

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, pursuant to Local Rule 7.2, to unseal the Indictment in the above referenced case. As grounds for this motion, the government states that all defendants have been arrested and therefore there is no reason to further seal the Indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                               Springfield, Massachusetts
                                           January 7, 2004

I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on all counsel of record.

/s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney