# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

Clerk, US District Court

Bethaney Healey

1550 Main Street

Sprinfield, Massachusetts 01103

    RE:  United States of America v. Jose Garcia
         Your # 03-30008-MAP     Our #04-mj-3005(PS)

Dear Clerk,

    An initial appearance was held on 1/7/04 in the above captioned case.

Enclosed please find all original documents of the Rule 40 Proceedings and a certified copy of the docket sheet.

    Please acknowledge receipt of the enclosed by returning a copy of this letter. A self addressed envelope is enclosed for your convenience.

                                                     Respectfully,

                                                     Amy Andersonn, Deputy Clerk

cc: file

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:04-mj-03005-PS-ALL
### Internal Use Only

**Case title:** USA v. GARCIA
**Other court case number(s):** None
**Magistrate judge case number(s):** None

**Date Filed:** 01/07/04

**Assigned to:** Magistrate Judge Patty Shwartz
**Referred to:**

**Defendant(s)**
--------------

**JOSE I. GARCIA** (1)       represented by       **DAVID HOLMAN**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
972 BROAD STREET
NEWARK, NJ 07102
(973) 645-6347
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
-------------
None

**Disposition**
-------------

**Highest Offense Level (Opening)**
-------------
None

**Terminated Counts**
-------------
None

**Disposition**
-------------

Certified as a true copy on
This Date: 1/15/04
By: [signature]
( ) Clerk
( ✓ ) Deputy

## Highest Offense Level (Terminated)
------------------------------------------------
None

## Complaints
----------------
21:846 CONSPIRACY TO DISTRIVUTE A CONTROLLED SUBSTANCE

## Disposition
----------------

## Plaintiff
-------------------

USA        represented by **JOSHUA DREW**
UNITED STATES ATTORNEY'S OFFICE
970 BROAD STREET
NEWARK, NJ 07102
973-645-2734
Email: joshua.drew@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/06/2004 | | Arrest (Rule 40) of JOSE I. GARCIA (aa, ) (Entered: 01/09/2004) |
| 01/07/2004 | 1 | CJA 23 Financial Affidavit by JOSE I. GARCIA (aa, ) (Entered: 01/09/2004) |
| 01/07/2004 | 2 | Minute Entry for proceedings held before Judge Patty Shwartz :Initial Appearance in Rule 40 Proceedings as to JOSE I. GARCIA held on 1/7/2004. Spanish interpreter sworn. (Defendant informed of rights.) Appointment of DAVID HOLMAN, AFPD, Court ordered defendant detained and remanded to the District of Massachusetts. (Tape #S04-02.) (aa, ) (Entered: 01/09/2004) |
| 01/07/2004 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER David Holman as to JOSE I. GARCIA . Signed by Judge Patty Shwartz on 1/7/04. (aa, ) (Entered: 01/09/2004) |
| 01/07/2004 | 4 | WAIVER of Rule 40 Hearings by JOSE I. GARCIA (aa, ) (Entered: 01/09/2004) |

| 01/07/2004 | ●5 | COMMITMENT TO ANOTHER DISTRICT as to JOSE I. GARCIA. Defendant committed to District of Massachusetts . Signed by Judge Patty Shwartz on 1/7/04. (aa, ) (Entered: 01/09/2004) |
|---|---|---|
| 01/07/2004 | ● | WARRANT of Removal to District of Massachusetts Issued as to JOSE I. GARCIA. (aa, ) (Entered: 01/09/2004) |
| 01/09/2004 | | ***Case Terminated as to JOSE I. GARCIA (aa, ) (Entered: 01/09/2004) |

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV 1/90

**IN UNITED STATES IN THE CASE OF:** USA vs. Garcia
☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name): Jose Ivan Garcia

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court:
Court of Appeals:

**CHARGE/OFFENSE:** ☐ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☑ Am Self Employed
Name and address of employer: Cardeale
IF YES, how much do you earn per month? $ 6000
IF NO, give month and year of last employment. How much did you earn per month $____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month $____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE VALUE AND DESCRIBE IT

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them: self, girlfriend, 2 children - 6, 18 mos

**DEBTS & MONTHLY BILLS**
APARTMENT OR HOME: Rent — Monthly Payt. $1400
Utilities — $250
Credit Card — Total Debt $10,000 — $100

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): X JOSE I GARCIA

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

**Other Documents**
2:04-mj-03005-PS USA v. GARCIA

# U.S. District Court

## District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from aa, entered on 1/9/2004 at 10:23 AM EST and filed on 1/7/2004

**Case Name:** USA v. GARCIA
**Case Number:** 2:04-mj-3005
**Filer:**
**Document Number:** 1

**Docket Text:**
CJA 23 Financial Affidavit by JOSE I. GARCIA (aa, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/9/2004] [FileNumber=5472-0] [9
db5912076b777cddb822b0e72228019eca3f288d8350ac4130ad69e478b2db61d2e090
229c66c192d78c3656febe9db8a14622df275e5295dfaa595a2941509]]

**2:04-mj-3005-1 Notice will be electronically mailed to:**

JOSHUA DREW    joshua.drew@usdoj.gov, maggie.caraballo@usdoj.gov

**2:04-mj-3005-1 Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE'S COURTROOM MINUTES |
|---|---|---|
| v. | : | MAGISTRATE NO.: 04-mj3005 |
| JOSE I. GARCIA | : | DATE OF PROCEEDINGS: 1/7/04 |
|  | : | DATE OF ARREST: 1/6/04 |

PROCEEDINGS: Initial Appearance (Rule 40)

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL:  ✓ AFPD  __ CJA
( ) WAIVER OF HRG.:  __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT DATED_____
( ) OTHER _____

( ) ORDER OF RELEASE
( ) TEMPORARY COMMITMENT
( ) SENTENCE
( ) BOND REVIEW
( ) ARREST WARRANT TO ISSUE
( ) BAIL SET: _____
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
(✓) OTHER _Commitment to another district._

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.       DATE: _____
( ) DETENTION / BAIL HRG.            DATE: _____
( ) TRIAL:  __ COURT  __ JURY         DATE: _____
( ) SENTENCING                        DATE: _____
( ) OTHER: _____           DATE: _____

APPEARANCES:

AUSA  Joshua Drew

DEFT. COUNSEL  David Holman, AFPD

PROBATION _____

INTERPRETER  Sara Garcia Rangel
Language: (Spanish)

Time Commenced: 2:45
Time Terminated: 3:00
Adjourned to: _____
Tape No: SD4-03
Count: _____
Court Reporter: _____

Amy Andersonn
DEPUTY CLERK

# Minute Entries
2:04-mj-03005-PS USA v. GARCIA

## U.S. District Court

## District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from aa, entered on 1/9/2004 at 4:57 PM EST and filed on 1/7/2004

**Case Name:** USA v. GARCIA
**Case Number:** 2:04-mj-3005
**Filer:**
**Document Number:** 2

**Docket Text:**
Minute Entry for proceedings held before Judge Patty Shwartz :Initial Appearance in Rule 40 Proceedings as to JOSE I. GARCIA held on 1/7/2004. Spanish interpreter sworn. (Defendant informed of rights.) Appointment of DAVID HOLMAN, AFPD, Court ordered defendant detained and remanded to the District of Massachusetts. (Tape #S04-02.) (aa, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/9/2004] [FileNumber=6357-0] [8 a20264778e54cf359afbbc8ccd2de6892cd0ed69df2d698eee09ca350a9e3a911ed99a 51feef9e6703b82ace056034e2e39c1c3a9997e8dedb51e28ccf9984b]]

**2:04-mj-3005-1 Notice will be electronically mailed to:**

JOSHUA DREW   joshua.drew@usdoj.gov, maggie.caraballo@usdoj.gov

**2:04-mj-3005-1 Notice will not be electronically mailed to:**

DAVID HOLMAN
OFFICE OF THE FEDERAL PUBLIC DEFENDER
972 BROAD STREET
NEWARK, NJ 07102

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

ORDER

v.

JOSE I. GARCIA

MAGISTRATE NO. 04mj3005

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is on this 7th day of January, 2004,

    ORDERED that David Holman from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                            s/Patty Shwartz
                                            **PATTY SHWARTZ**
                                            **United States Magistrate Judge**

CM/ECF LIVE - U.S. District Court for the District of New Jersey
Case 3:03-cr-30008-MAP Document 347 Filed 01/27/2004 Page 10 of 14
Page 1 of 1

## Other Orders/Judgments
2:04-mj-03005-PS USA v. GARCIA

### U.S. District Court

### District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from aa, entered on 1/9/2004 at 5:00 PM EST and filed on 1/7/2004

**Case Name:**      USA v. GARCIA
**Case Number:**    2:04-mj-3005
**Filer:**
**Document Number:** 3

**Docket Text:**
ORDER APPOINTING FEDERAL PUBLIC DEFENDER David Holman as to JOSE I. GARCIA . Signed by Judge Patty Shwartz on 1/7/04. (aa, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/9/2004] [FileNumber=6360-0] [9
3dc0b4e2fe5e54809ca20e19fbc5e47856d5e312beb6df7bab0e92ad74f7c80653f677
7b4189f579df4235bbb94cf1642259f8bc45ba2fc4d613f1a7b1e4732]]

**2:04-mj-3005-1 Notice will be electronically mailed to:**

JOSHUA DREW    joshua.drew@usdoj.gov, maggie.caraballo@usdoj.gov

**2:04-mj-3005-1 Notice will not be electronically mailed to:**

DAVID HOLMAN
OFFICE OF THE FEDERAL PUBLIC DEFENDER
972 BROAD STREET
NEWARK, NJ 07102

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____NEW JERSEY_____

UNITED STATES OF AMERICA

V.

_____JOSE I. GARCIA_____
Defendant

**WAIVER OF RULE 40 HEARINGS**
(All Criminal Cases)

JUDGE:     PATTY SHWARTZ

CASE NUMBER:   04-mj-3005(PS)

I understand that charges are pending in the _____ District of ____Massachusetts____

alleging violation of ___Title 21 USC section 846 Title 21 USC 841___ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

- *Check one only* -

[ ]  **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ]  **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3) a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary hearing

(✓) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Jose I Garcia_
Defendant

_January 7, 2004_
Date

_Daniel A. H_____
Defense Counsel

## Waivers
2:04-mj-03005-PS USA v. GARCIA

### U.S. District Court

### District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from aa, entered on 1/9/2004 at 5:01 PM EST and filed on 1/7/2004
**Case Name:**      USA v. GARCIA
**Case Number:**   2:04-mj-3005
**Filer:**               Dft No. 1 - JOSE I. GARCIA
**Document Number:** 4

**Docket Text:**
WAIVER of Rule 40 Hearings by JOSE I. GARCIA (aa, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/9/2004] [FileNumber=6363-0] [3
3eb9e6466e8b10410c5f19b3ba4c484a817e8089def8ecd3950252d62ce9997d73ab81
fc3973128496e1f3d40e745dede63a89a94f2b078b058f2d124813da3]]

**2:04-mj-3005-1 Notice will be electronically mailed to:**

JOSHUA DREW    joshua.drew@usdoj.gov, maggie.caraballo@usdoj.gov

**2:04-mj-3005-1 Notice will not be electronically mailed to:**

DAVID HOLMAN
OFFICE OF THE FEDERAL PUBLIC DEFENDER
972 BROAD STREET
NEWARK, NJ 07102

# United States District Court
## District of New Jersey

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| JOSE I. GARCIA | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>03-30008 | District of Arrest<br>Mag. No. 04-3005 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON**

Violation of 21 U.S.C. § 846

**DISTRICT OF OFFENSE:** District of Massachusetts

**DESCRIPTION OF CHARGES:** Jose Garcia conspired with others to possess and distribute cocaine, cocaine base, and heroin.

**Current Bond Status:**

___ Bail fixed at _____ and conditions were not met   SEE BELOW
_✓_ Government moved for detention and defendant detained after hearing in District of Arrest.
___ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify) _[handwritten notation]_

**Representation:** ___ Retained own counsel  _X_ Federal Defender Organization ___ CJA Attorney ___ None

**Interpreter Required?**  _X_ No   _X_ Yes       Language: _Spanish_

**TO: THE UNITED STATES MARSHAL**      DISTRICT OF NEW JERSEY

Your are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_1/7/0_ Date

_[signature]_
HONORABLE PATTY SHWARTZ, U.S. Magistrate Judge

---

**RETURN**

This Commitment was received and executed as follows:

| THIS COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

## Other Orders/Judgments
2:04-mj-03005-PS USA v. GARCIA

### U.S. District Court

### District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from aa, entered on 1/9/2004 at 5:07 PM EST and filed on 1/7/2004

**Case Name:** USA v. GARCIA
**Case Number:** 2:04-mj-3005
**Filer:**
**Document Number:** 5

**Docket Text:**
COMMITMENT TO ANOTHER DISTRICT as to JOSE I. GARCIA. Defendant committed to District of Massachusetts . Signed by Judge Patty Shwartz on 1/7/04. (aa, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/9/2004] [FileNumber=6366-0] [3 676c6cf229dde98b667bf7e935ab619fb1cbf3a7d635129f49c023f5c69a482739746d 62f8ff1d05e8d095a7941c95b3af4246f5a9085023d34a61ffab95e79]]

**2:04-mj-3005-1 Notice will be electronically mailed to:**

JOSHUA DREW    joshua.drew@usdoj.gov, maggie.caraballo@usdoj.gov

**2:04-mj-3005-1 Notice will not be electronically mailed to:**

DAVID HOLMAN
OFFICE OF THE FEDERAL PUBLIC DEFENDER
972 BROAD STREET
NEWARK, NJ 07102