UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 03-30008-MAP |
| | ) | |
| | ) | |
| JOSE MERCED, et al., | ) | |
| Defendants | ) | |

STATUS REPORT
May 19, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference on May 18, 2004, pursuant to Local Rule 116.5.

In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1.    The court has established an interim schedule as outlined in the Interim

Scheduling Order issued this day, and has scheduled a final Status

Conference for September 20, 2004.

2.    To date, six defendants – Jose Merced, Carlos Pizarro, Carlos Morales,

Carlos Orlando Morales, Ana Gonzalez and Taiwan Jones – have entered

pleas of guilty.  Change of plea hearings are scheduled for two more

defendants, Zenia Sanchez and Sirjeffory Smith.  The Government intends to

file a motion to dismiss with regard to Emilio Navedo, who has died.

3.    The Government and most of the defendants agree, as does the court, that

as of May 18, 2004, no time has run on the Speedy Trial Clock.  A separate

order shall issue.

4.      There are a significant number of tapes which, at Defendants' request, must

be transcribed before motions to suppress can be filed.  Defendants have

until August 30, 2004, and no further, to complete the task of transcription.

5.      There are no matters to report relevant to the progress of the case.


Dated: May 19, 2004                             /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge

2