JOSE I. GARCIA
629 RANDALL ROAD
LUDLOW, MA. 01056

March 5, 2005

Office of The Clerk
U.S. District Court
1550 Main Street
Springfield, MA. 01103

RE: **UNITED STATES V. JOSE I. GARCIA**
    **CRIMINAL ACTION NUMBER: 03-30008-MAP**

Dear Sir/Madam:

    Pursuant to the above-entitled case at bar, I write to you with some major concerns, inwhich I'm hoping you'll be able to assist me or, lead me in the right direction(s).

    I've been here at the Hampden County Jail & House of Corrections for over 13 months, and have limited access to my attorney of record. Regarding that very limited access, I've yet to receive any and/or all discovery pursuant to Local Rules 116.1(c) and 116.2 (B) and Fed R. Crim. P. 16(a)(1)(A)-(D). Being as such, I strongly feel that my constitutional rights are being violated at best!

    The appointed attorney in this case, has not filed any motions in and/or on my behalf, as numerous motions should have been filed by now, namely, motion(s) to suppress, dismiss and motion(s) to compell; however, to know avail. Also in contrast to this, there seems to be a major conflict regarding my having communication with my attorney, as he does not answer call nor respond to letters written to him.

    Regarding the above mentioned, would you be kind enough as to send me the following documents/forms:

    1) Motion to Dismiss Counsel and for the Appointment of New Counsel;

    2) Copy of Fed R. Crim. P. 16(a)(1) (A)-(D);

    3) Copy of Rule Regarding Exculpatory Evidence;

    4) Copy of F.R.D. #16;

    5) Motion to 'Sever' case and trial from co-defendants; and

    6) Copy of the Docket Entry Sheet to the hereinabove mentioned case, to show what has and/or has not been done thus far.

    I pray that you will be able to assist me with items 1-6 above, as I'm in great need of this assistance at this time.

(2)

    I also hope that you may address my other issues of concerns outlined above, as I hope that some kind of resolve can come to this matter or, in the alternative, put me in the right direction(s), being that I <u>can</u> <u>not</u> get any kind of assistance from my attorney nor the assistance needed pursuant to #'s 1-6 above.

    I want to thank you, in advance, for your time, attention and assistance regarding the above, for I eagerly await your earliest response.

Sincerely,

*Jose I Garcia*
JOSE I. GARCIA

JIG/File
cc:
Judge Ponser
Attorney Raymond O'Hara