


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1550 MAIN STREET, ROOM 521
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0214

TONY ANASTAS
CLERK

JOHN C. STUCKENBRUCK
DIVISION MANAGER

March 16, 2005

Raymond A. O'Hara, Esq
1 Exchange Place
Worcester, MA   01608

Re:   Jose Garcia
      Cr. No:   03-30008-MAP

Dear Attorney O'Hara:

    Enclosed you will find a copy of a letter the Court has received from Jose Garcia.   Judge Ponsor has asked that you contact Mr. Garcia as soon as possible regarding the issues he has raised in his letter.

Very truly yours,

Elizabeth A. French
Deputy Clerk

Enclosure