UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br>v.<br><br>JOSE MERCED, ET AL,<br><br>Defendants | CRIMINAL NO. 03-30008-MAP<br><br>MOTION TO SELL REAL ESTATE<br>(ASSENTED TO) |

NOW COME the Petitioners, Carlos and Miguel Dones, and hereby request that the Court allow the Petitioners' property located at 147-149 Cedar Street, Springfield, Massachusetts, to be sold. As reasons therefore, the Petitioners state that they have reached an agreement with the United States of America whereby the proceeds from the sale of the property will be placed in escrow until such time as a hearing can be held to determine the Petitioners' rights to the property.

WHEREFORE, the Petitioners request that this Court enter an Order that the subject property be sold and the proceeds be placed in escrow.

Respectfully submitted,
The Petitioners,
Carlos Dones and Miguel Dones,
By their Attorneys,

_____
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 655482
March 15, 2005

1

Assented to:

_____
SHELBEY D. WRIGHT, ESQ.

## CERTIFICATE OF SERVICE

I, Adam J. Basch, hereby certify that on the 15th day of March, 2005, I caused a copy of the foregoing to be served upon all interested parties by mailing a copy thereof postage prepaid, first class mail to:

Shelbey D. Wright, Esq.
U.S. Court House, Suite 9200
1 Courthouse Way
Boston, MA 02210

Ariane D. Vuono, Esq.
U.S. Attorney's Office
1550 Main Street
Springfield, MA 01103

_____
ADAM J. BASCH

2