UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

CIVIL / CRIMINAL
CASE NO. 03-30008

V.

**JOSE GARCIA**

Defendant

**NOTICE**

**PONSOR**           D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for Status Conference with defendant present - re: counsel on March 31, 2005 at 11:00 A.M. A.M./P.M. before Judge Ponsor in Courtroom # 1 on the 5TH floor.

SARAH A. THORNTON,
CLERK OF COURT

3/23/05

By: /s/Elizabeth A. French

Date                                                                 Deputy Clerk

(Notice of Hearing.wpd - 3/7/2005)