UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | CRIMINAL NO. 03-30008-MAP |
| ) | |
| JOSE GARCIA  ) | |

## NOTICE OF APPEARANCE

Assistant Federal Defender Timothy G. Watkins hereby files his appearance on behalf of defendant Jose Garcia.

        JOSE GARCIA
        By his attorney,


        /s/ Timothy G. Watkins
        Timothy G. Watkins
          B.B.O. # 567992
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061