UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL DOCKET NO.
03-30008-27 MAP

UNITED STATES OF AMERICA

V.

JOSE GARCIA

## MOTION OF DEFENSE COUNSEL FOR LEAVE TO WITHDRAW

Now comes Raymond A. O'Hara, court-appointed counsel for the above-named defendant, and moves that this Honorable Court grant him leave to withdraw.

As grounds for this motion, undersigned counsel states that there exists and irretrievable breakdown in the attorney/client relationship and that Timothy Watkins of the Federal Defenders Office has been appointed as successor counsel in this matter.

WHEREFORE, undersigned counsel requests that this motion be granted.

Respectfully submitted,
Raymond A. O'Hara,
Counsel for the Defendant

1 Exchange Place
Worcester, MA 01608
508 831-7551
BBO# 546366

Date: April 7, 2005

## CERTIFICATE OF SERVICE

I, Raymond A. O'Hara, appearing attorney for the Defendant in this matter hereby certify that true copies of the within Motion has this date been mailed, postage prepaid, to Ariane Vuono, Assistant United States Attorney, 1550 Main Street, Springfield, MA 001103.

DATED: April 7, 2005

Raymond A. O'Hara, Esquire
1 Exchange Place
Worcester, MA  01608
(508) 831 7551
BBO #546366