UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 03-CR-30008-MAP |
| | ) |
| JOSE MERCED, ET AL | ) |

## FURTHER PRETRIAL SCHEDULING ORDER

June 24, 2005

PONSOR, D.J.

Counsel for all defendants who have not pled guilty appeared before this court for a status conference on June 24, 2005. Based on counsel's representations, the court orders as follows:

1. All defendants choosing to plead guilty will enter into clear agreements to offer their pleas on or before August 1, 2005. After that date, the government has indicated that it will oppose any reduction in the advisory Sentencing Guidelines based upon acceptance of responsibility beyond two points. The court will also inquire with special scrupulousness into the basis for any downward adjustment resulting from a plea, if the plea agreement is not firm by August 1.

2. The government will provide the defendants all Jencks Act material by August 5, 2005. Also by that date, the government will, to the extent possible, specify precisely the portions of wire intercepts that it intends to offer during its case in chief. This specification will not prejudice the government from offering additional portions of intercepts if developments during trial make those segments

relevant.

3. Motions in limine, motions pursuant to Fed. R. Evid. 404(b), proposed voir dire questions and proposed jury questionnaires will be filed no later than August 15, 2005.

4. Opposition and responses to the August 15 submissions will be filed no later than August 29, 2005.

5. The court will hear argument on any contested motions and will discuss proposed voir dire questions and the proposed jury questionnaire, if any, at the hearing currently scheduled for September 7, 2005 at 2:00 p.m.

6. Also at the September 7 conference, the court will also take up the issue of seating in the courtroom and the use of interpreters.

7. The schedule during trial has been issued separately as of this date.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge

2