UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSET

UNITED STATES OF AMERICA )
)
v. )  03-CR-30008-MAP
)
JOSE MERCED, ET AL )
)

TRIAL SCHEDULE

June 24, 2005

PONSOR, D.J.

The schedule for this trial will be as follows:

1. Counsel will appear for trial on September 12, 2005 at 9:00 a.m. for a conference with the court prior to commencement of jury selection at 10:00 a.m. The court will adjourn for the day at 1:00 p.m.

2. The trial will continue on September 13-16; September 19-23, and September 26-29 from 9:00 a.m. to 1:00 p.m. If it appears necessary to complete the trial on time, the court may, with prior notice to counsel, extend the trial into the afternoon.

3. Trial will continue on October 3, 6, and 7; October 11 and 12; October 17-21, and October 24-28, from 9:00 a.m. to 1:00 p.m., with the same understanding that the trial schedule may be extended into the afternoon if needed, with notice.

4. The trial will continue October 28-November 4 and November 7-10. It is understood that the evidence will close sufficiently in advance to insure that final arguments and charge will commence no later than November 9, 2005 and that the jury will commence deliberations that day. November 10

will be set aside as a day for deliberations.

It is So Ordered.

_____
MICHAEL A. PONSOR
U. S. District Judge