UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                          )<br>)<br>)<br>JOSE MERCED, et al.         )<br>)<br>Defendants.            ) | CRIMINAL NO. 03-30008-MAP |

## GOVERNMENT'S STATUS REPORT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby submits the following status report.

1. The government has been involved in plea negotiations with all remaining defendants in this case. Although the government expected to be able to reach final agreements with all interested parties by Friday, August 19, it has been unable to do so. The government however remains hopeful that it will be able to reach final agreements with a substantial number of defendants by August 24, 2005.

2. Due to the ongoing nature of the plea negotiations and the allowance of the government's motions to enlarge time to provide Jencks Act material, which was provided on August 10th, the government requests the following adjustment to the Court's pre-trial schedule:

a) The date for the filing of pretrial motions by defense counsel be extended from August 15th to August 24th and that the government's response to those filings be extended from August 29th to August 31, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
Ariane D. Vuono
Thomas J. O'Connor, Jr.
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

Springfield, Massachusetts
August 19, 2005

I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing on the defendants by providing a copy, via facsimile, to counsel of record.

*[signature]*
Ariane D. Vuono
Assistant U.S. Attorney