FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS   2005 NOV 14  P 3: 43

U.S.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.             )<br>)<br>JOSE I. GARCIA,        )<br>)<br>Defendant.        ) | CRIMINAL NO. 03-30008-MAP |

## THE GOVERNMENT'S AND JOSE I. GARCIA'S JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Timothy G. Watkins, Esq., attorney for Jose I Garcia, respectfully request that the sentencing hearing currently scheduled for November 22, 2005, be continued to December 7, 2005, at 2:00 p.m. In support of this motion the parties state the following:

1. Mr. Garcia's sentencing hearing is currently scheduled for November 22, 2005. However, because the parties anticipate presenting testimonial evidence at the sentencing hearing, there will be insufficient time on November 22, 2005, to conduct the hearing. Thus, the parties recommend that the sentencing hearing

be continued to December 7, 2005, at 2:00 p.m.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:

                _____
                Ariane D. Vuono
                Assistant U.S. Attorney

                _____
                Timothy G. Watkins, Esq.
                Attorney for Jose I. Garcia

Dated: November 14, 2005