AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

_____FIRST_____  DISTRICT OF  _____MASSACHUSETTS_____

UNITED STATES

v.                                                      **APPEARANCE**

JOSE MERCED, ET AL

Case Number:   03-30008-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

_____5/8/06_____          _____/s/_____
Date                                                                Signature

                                                                    Kevin O'Regan
                                                                    Print Name                              Bar Number

                                                                    1550 Main Street, Room 310
                                                                    Address

                                                                    Springfield            MA      01103
                                                                    City                   State   Zip Code

                                                                    413-785-0142           413-785-0394
                                                                    Phone Number                           Fax Number