December 19, 2006

United States District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

FILED
4 CLERK'S OFFICE

2006 DEC 26 A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

RE: **U.S. v. GARCIA JOSE, I.  3-03-CR-30008-027**

Dear Sir/Madam:

      The primary purpose of this correspondence concerns the procurement of information per Public Records Request. Please construe this letter in lieu of formal request, to ask that your office provide me with certified copies of the following documents that pertain to my criminal matter, pursuant to Public Records Request:

      Transcripts of the entire proceeding of the plea allocution hearing, that is, the change of plea hearing on August 22, 2005; Transcripts of the sentencing hearing on January 05, 2006, imposed by Judge Ponsor; and Docket sheet in the above reference case.

  In the event that your charge a fee for these documents, please advise so that I can make arrangements of the same. I would appreciate if you can forward said documents to the undersigned at the mailing location listed below at your earliest convenient.

Respectfully Submitted

*Jose Garcia*

Jose Garcia
Fed Reg# 26025-050
FCI Fairton
P.O. Box 420
Fairton, N.J. 08320